IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE STATE OF NEW HAMPSHIRE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC HOLDER, ) <br> Attorney General of the ) <br> United States of America; ) <br> THOMAS E. PEREZ, ) <br> Assistant Attorney General, ) <br> Civil Rights Division, United States ) <br> Department of Justice, Washington, DC, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. **12 1854** <br><br> Three-Judge Court Requested <br><br> **FILED** <br> NOV 2 0 2012 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia |

### ORDER

Pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, plaintiff has moved that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act. According to the motion, defendants do not oppose the convening of a three-judge court. It appearing that the motion is well taken, it is this _19TH_ day of November, 2012:

**ORDERED** that plaintiff's motion [#2] is **granted**. And it is

**FURTHER ORDERED** that the Clerk of this Court shall transmit a copy of this order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. §2284(b)(1) so that a three-judge court may be convened.

_____
UNITED STATES DISTRICT JUDGE