```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| STATE OF NEW HAMPSHIRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 12-1584 |
| v. | )       (EGS-TBG-RMC) |
| | ) |
| ERIC HOLDER, in his official | ) |
| capacity as Attorney General | ) |
| of the United States, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER OF THREE-JUDGE COURT

For the reasons stated in the accompanying Memorandum Opinion filed on this day, it is hereby

**ORDERED** that Proposed Intervenor Peter Heilemann's Motion to Intervene is **DENIED**.

**SO ORDERED.**

**Signed:   March 1, 2013**

**/s/ Thomas B. Griffith**
**United States Circuit Judge**

**/s/ Emmet G. Sullivan**
**United States District Judge**

**/s/ Rosemary M. Collyer**
**United States District Judge**